Lisa S. Kantor, Esq. State Bar No. 110678
 e-mail: lkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
JOHN POTTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOHN POTTER, | Case No.: 8:14-cv-00837-DOC (ANx) |
|---|---|
| Plaintiff, | Hon. David O. Carter |
| vs. | **AFFIDAVIT OF BARBARA CENTER, M.D.** |
| BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, | |
| Defendant. | Action filed: June 3, 2014 |

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

AFFIDAVIT OF BARBARA CENTER, M.D.

# AFFIDAVIT OF BARBARA CENTER, M.D.

STATE OF WISCONSIN ) 
) ss.
COUNTY OF DANE )

Barbara Center, M.D., being first duly sworn upon oath, states as follows:

1. I am the Chief Medical Officer for Prest & Associates, Inc., a position I have held since September of 2005. In this capacity I manage a large physician review panel in compliance with URAC standards and coordinate with our client companies. I have participated in the development of medical necessity criteria for health plans and managed care companies and oversee Prest's Quality Assurance process and training of new physician reviewers.

2. I have also been a Physician Reviewer with Prest since 2000. As such I perform reviews for medical necessity, disability and quality of care in the areas of behavioral health and substance abuse.

3. Prest has produced documents in the Potter matter in response to a subpoena. The document Bates labeled PREST_000012-PREST_000014 is my curriculum vitae. The document Bates labeled PREST_000014-PREST_000016 is a Review Report regarding Nicholas Potter. This is the only report I prepared regarding Nicholas Potter. The document Bates labeled Prest_000017 contains the questions I was asked to answer by Blue Shield. And the documents Bates labeled PREST_000018-PREST_000344 are medical records regarding Nicholas Potter. These documents comprise all of the documents that Prest reviewed, considered or prepared regarding the Potter matter.

_____
Barbara Center, M.D.

Subscribed and sworn to before me this 2nd day of August 2016

_____
Notary Public, State of Wisconsin
My Commission expires: 01/0?/___