MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE (Bar No. 150203)
Email: gpimstone@manatt.com
SARAH E. GETTINGS (Bar No. 260436)
Email: sgettings@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

MANATT, PHELPS & PHILLIPS, LLP
JOSEPH E. LASKA (Bar No. 221055)
Email: jlaska@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Fax: (415) 291-7474

Attorneys for Defendant
BLUE SHIELD OF CALIFORNIA LIFE &
HEALTH INSURANCE COMPANY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION—SANTA ANA

| | |
|---|---|
| JOHN POTTER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. SA CV 14-0837-DOC (ANx)<br><br>Hon. David O. Carter<br><br>**JUDGMENT** |

# JUDGMENT

Pursuant to the Court's Findings of Fact and Conclusions of Law (Dkt. No. 148), dated April 7, 2017, judgment is hereby entered in favor of Defendant Blue Shield of California Life & Health Insurance Company and against Plaintiff John Potter.

**IT IS SO ORDERED.**

Date: April 19, 2017

*/s/ David O. Carter*
HON. DAVID O. CARTER
United States District Judge

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES