UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN POTTER,<br><br>    Plaintiff,<br><br>    v.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY,<br><br>    Defendant. | Case No.: SA CV 14-0837-DOC (ANx)<br><br>Hon. David O. Carter, Judge<br><br>**AMENDED JUDGMENT**<br><br>Hearing:     June 12, 2017<br>Time:         8:30 a.m.<br>Courtroom: 9D, Santa Ana<br><br>Action filed: June 3, 2014 |

  This ERISA action was filed on June 2, 2014, seeking payment of benefits for the treatment of Plaintiff's son from June 1, 2012 through December 13, 2012.

  On July 22, 2015, this Court ordered the matter remanded to Defendant to consider additional medical records and complete a full and fair review of Plaintiff's claims. On December 15, 2015, Defendant determined that it would pay benefits for dates of service June 1, 2012 through June 30, 2012.

  On January 29, 2016, Plaintiff filed his Second Amended Complaint, seeking benefits for treatment received from July 1, 2012 through December 13, 2012.

AMENDED JUDGMENT

After bench trial, this Court entered its Findings of Fact and Conclusions of Law on April 7, 2017, concluding that no further benefits should be paid by Defendant.

Thus, pursuant to the Court's Findings of Fact and Conclusions of Law, dated April 7, 2017, judgment is hereby entered in favor of Defendant Blue Shield of California Life & Health Insurance Company and against Plaintiff John Potter.

**IT IS SO ORDERED.**

Date: June 27, 2017

_/s/ David O. Carter_____
Honorable David O. Carter
Judge, United States District Court