UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 14 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN POTTER,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY,<br><br>　　　　Defendant - Appellee. | No. 17-56018<br><br>D.C. No. 8:14-cv-00837-DOC-KES<br>U.S. District Court for Central California, Santa Ana<br><br>**MANDATE** |
| JOHN POTTER,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY,<br><br>　　　　Defendant - Appellee. | No. 17-56020<br><br>D.C. No. 8:14-cv-00837-DOC-KES<br>U.S. District Court for Central California, Santa Ana |
| JOHN POTTER,<br><br>　　　　Plaintiff - Appellee,<br><br>　v. | No. 17-56023<br><br>D.C. No. 8:14-cv-00837-DOC-KES |

| | |
|---|---|
| BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY,<br><br>    Defendant - Appellant. | U.S. District Court for Central California, Santa Ana |

The judgment of this Court, entered February 20, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7